IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATIONWIDE MUTUAL INSURANCE COMPANY

    Plaintiff,

v.                                                         No. 15-cv-0199 JB/SMV

C.R. GURULE, INC., et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   October 27, 2015, at 9:30 a.m.

**Matter to be heard**:   Setting a date for settlement conference

A telephonic status conference is hereby set for October 27, 2015, at 9:30 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.