IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NATIONWIDE MUTUAL INSURANCE
COMPANY,

      Plaintiff,

vs.                                                     No. CIV 15-0199 JB/KBM

C.R. GURULE, INC., CLYDE GURULE,
DARLENE GURULE, DEIDRA GURULE and
DAVE ELROY ROMERO, JR., as personal
representative of the estate of Christian Gurule,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed October 31, 2015 (Doc. 35)("MOO"). In the MOO, the Court granted the Defendants C.R. Gurule, Inc., Clyde Gurule, Darlene Gurule, and the Estate of Christian Gurule's Motion for Dismissal or Stay, filed May 19, 2015 (Doc. 4), and dismissed Nationwide's Complaint for Declaratory Judgment, filed March 9, 2015 (Doc. 1).

**IT IS SO ORDERED** that final judgment is entered, and this case is dismissed.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

*Counsel:*

David P Garcia
The Law Firm of David P Garcia PC
Santa Fe, New Mexico

-- and --

Robert D. Gorman
Robert D. Gorman, PA
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Gregory L. Biehler
Beall & Biehler
Albuquerque, New Mexico

    *Attorney for the Defendant*